*Solicitor General Hughes,* and *Messrs. Claude R. Branch, J. Louis Monarch, Andrew D. Sharpe, Clarence M. Charest,* and *Allin H. Pierce* for respondent.

No. 355. LEIKIN ET AL. *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. George W. Cameron* for petitioners. *Solicitor General Hughes, Assistant Attorney General Luhring,* and *Messrs. Claude R. Branch* and *Harry S. Ridgely* for the United States.

No. 358. HANSEN, RECEIVER, *v.* E. I. DU PONT DE NEMOURS & Co., INC. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. T. Catesby Jones* and *James W. Ryan* for petitioner. *Messrs. George H. Bond* and *Wm. H. Button* for respondent.

No. 359. CHICAGO, ROCK ISLAND & PACIFIC R. Co. *v.* STOTTLE. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. T. P. Littlepage, M. L. Bell, Luther Burns, Henry S. Conrad, Lisbon E. Durham,* and *W. F. Dickinson* for petitioner. *Messrs. John H. Atwood, Price Wickersham,* and *Oscar S. Hill* for respondent.

No. 360. BEHN, MEYER & Co. *v.* SUTHERLAND, ALIEN PROPERTY CUSTODIAN, ET AL.; and

No. 371. SUTHERLAND, ALIEN PROPERTY CUSTODIAN, ET AL, *v.* BEHN, MEYER & Co. October 21, 1929. Petitions